**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-1225

---

JOSEPH S. PEETS,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General,
United States Postal Service,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-98-406-A)

---

Submitted: July 22, 1999          Decided: July 28, 1999

---

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael J. Beattie, Alexandria, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Leslie B. McClendon, Assistant United States Attorney, Alexandria, Virginia; R. Andrew German, Steven F. Hirsch, UNITED STATES POSTAL SERVICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Peets appeals the district court's order granting summary judgment for Defendant in Peets' action under the Rehabilitation Act of 1973, 29 U.S.C.A. §§ 701-799 (West 1985 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Peets v. Henderson, No. CA-98-406-A (E.D. Va. Jan. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED